# Exhibit C

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C. 20507**

Office of
Field Programs

| | |
|---|---|
| Thomas Schildgen,<br>Class Agent,<br><br>v.<br><br>Pete Hegseth, Secretary,<br>U.S. Department of War,<br>Agency. | ) EEOC No. 570-2025-00473X<br>) Agency No. 2020-CONF-070<br>)<br>)<br>)<br>) Administrative Judge Meghan A. Droste<br>)<br>)<br>)<br>) August 10, 2026 |

## ORDER SCHEDULING AUGUST 2026 STATUS CONFERENCE

The parties are **ORDERED** to appear for a status conference as follows:

| | |
|---|---|
| **Status Conference Date**: | **August 28, 2026** |
| **Status Conference Time**: | **10:00 am ET** |
| **Status Conference Access**: | **Teams Meeting Link**<br>Meeting ID: 242 112 592 194 003<br>Passcode: Gb7Gc6UK |

The parties should use the link above to join the Teams Meeting. The parties are not expected or required to appear on camera during the Status Conference.

If the parties are unavailable on the above date, the parties are **ORDERED** to confer and provide their joint availability in September 2026 no later than **August 17, 2026**.

The parties are further **ORDERED** to provide a Joint Status Update no later than **August 27, 2026**.

It is so **ORDERED**.

Meghan A. Droste

For the Commission:

MEGHAN A. DROSTE
Administrative Judge
Federal Sector Hearings Program
Hearings East Division
Telephone: (202) 921-3197
Meghan.Droste@eeoc.gov

***Via service by email and through the Public Portal and FedSep to:***
Thomas Schildgen, Class Agent: teschildgen@yahoo.com
Michael Kator, Class Representative: mkator@katorparks.com
Joseph Sellers, Class Representative: jsellers@cohenmilstein.com
Alisa Tiwari, Class Representative: atiwari@cohenmilstein.com
David Weiser, Class Representative: dweiser@katorparks.com
Jeremy Wright, Class Representative: jwright@katorparks.com

Michael Wells, Agency Representative: michael.wells.21@us.af.mil
Jenna Arroyo, Agency Representative: jenna.arroyo@us.af.mil
Kerri Bonner, Agency Representative: kerri.bonner@us.af.mil
Christopher Hawthorne, Agency Representative: christopher.hawthorne.1@us.af.mil