**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Federation of Government Employees, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Equal Employment Opportunity Commission, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-02640-CKK |

## NOTICE OF DEFENDANTS' REVISED RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS

Yesterday, in accordance with the Court's minute order of October 14, 2026, Defendants served revised responses and objections to Plaintiffs' discovery requests (attached as Exhibit A), as well as a document production (attached as Exhibit B). Given the Court's previous finding that "limited discovery . . . will help" it to determine "Plaintiffs' standing" and other jurisdictional issues, ECF No. 30, at 3, Defendants hereby submit these materials to the Court as well.

October 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

AMBER RICHER
Assistant Director

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-6786
james.w.harlow@usdoj.gov