# Exhibit B

**From:** THOMAS HARWARD
**To:** [redacted]
**Cc:** SHANNON ROYCE
**Subject:** Follow-up Needed Today with AJ
**Date:** Wednesday, July 29, 2026 1:50:00 PM
**Attachments:** image001.png

---

DELIBERATIVE ~ PRE-DECISIONAL * * * PRIVILEGED AND CONFIDENTIAL ~ ATTORNEY-CLIENT COMMUNICATION

[redacted],

It sounds like your converstation with Shannon was a good start on figuring out what happened in this case. Since media continue to erroneously report that this was a directive straight from Andrea, we need to get a full picture ASAP in order for our Comms team to get an accurate statement out. We need to speak with AJ Ebron immediately to fully understand what she was misconstruing to think there was a government-wide stop on class complaints. And we need to understand why she lifted the stay just last month but continued to tell the parties the case would not be processed. Please arrange a meeting today with you, me, Shannon, and AJ Ebron. After speaking with AJ Ebron, we will likely need to speak with her SAJ and [redacted] to confirm there are no loose ends. Hopefully once we confirm things with AJ Ebron and her management, our Comms team can get a statement out.

Relatedly, we need to follow-up with each AJ currently assigned to a class complaint to confirm no similar representations have been made to parties regarding a government-wide stoppage and to prepare them to address any inquiries from parties. [redacted]

[redacted] let me and Shannon know if there is anything we can do to assist.

**Thomas T. Harward**
Senior Counsel
Office of the Chair (OCH)
U.S. Equal Employment Opportunity Commission
tel: [redacted]

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. Be aware that any unauthorized disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately and delete the email and any attachments from your computer system. We do not waive deliberative process or attorney-client privilege, nor do we waive any rights to non-disclosure of our work product by the transmission of this message.

**From:** [redacted]
**To:** SHANNON ROYCE; THOMAS HARWARD
**Subject:** RE: Follow-up Needed Today with AJ
**Date:** Wednesday, July 29, 2026 2:39:39 PM
**Attachments:** image002.png
image003.png

---

AJ Ebron acted by direction. I certainly hope we are not challenging her actions when she was directed to "pause" class cases as the program was so directed. The stays were lifted at my direction after reviewing cases in ARC.

[redacted]
Chief Administrative Judge
National Hearings Program
Office of Field Programs
U.S. Equal Employment Opportunity Commission
**Office:** [redacted]
**Web:** www.eeoc.gov
**Email:** [redacted]@eeoc.gov

---

**From:** SHANNON ROYCE [redacted]@EEOC.GOV>
**Sent:** Wednesday, July 29, 2026 1:55 PM
**To:** THOMAS HARWARD [redacted]@EEOC.GOV>; [redacted]@EEOC.GOV>
**Subject:** RE: Follow-up Needed Today with AJ

It appears 3 p.m. is good for all of us. [redacted], please schedule so it comes from you as her supervisor.

---

**From:** THOMAS HARWARD [redacted]@EEOC.GOV>
**Sent:** Wednesday, July 29, 2026 1:51 PM
**To:** [redacted] [redacted]@EEOC.GOV>
**Cc:** SHANNON ROYCE [redacted]@EEOC.GOV>
**Subject:** Follow-up Needed Today with AJ

DELIBERATIVE ~ PRE-DECISIONAL * * * PRIVILEGED AND CONFIDENTIAL ~ ATTORNEY-CLIENT COMMUNICATION

[redacted],

It sounds like your converstation with Shannon was a good start on figuring out what happened in this case. Since media continue to erroneously report that this was a

directive straight from Andrea, we need to get a full picture ASAP in order for our Comms team to get an accurate statement out. We need to speak with AJ Ebron immediately to fully understand what she was misconstruing to think there was a government-wide stop on class complaints. And we need to understand why she lifted the stay just last month but continued to tell the parties the case would not be processed. Please arrange a meeting today with you, me, Shannon, and AJ Ebron. After speaking with AJ Ebron, we will likely need to speak with her SAJ and [redacted] to confirm there are no loose ends. Hopefully once we confirm things with AJ Ebron and her management, our Comms team can get a statement out.

Relatedly, we need to follow-up with each AJ currently assigned to a class complaint to confirm no similar representations have been made to parties regarding a government-wide stoppage and to prepare them to address any inquiries from parties. [redacted]

[redacted] let me and Shannon know if there is anything we can do to assist.

**Thomas T. Harward**
Senior Counsel
Office of the Chair (OCH)
U.S. Equal Employment Opportunity Commission
tel: [redacted]

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. Be aware that any unauthorized disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately and delete the email and any attachments from your computer system. We do not waive deliberative process or attorney-client privilege, nor do we waive any rights to non-disclosure of our work product by the transmission of this message.

**From:** THOMAS HARWARD
**To:** [redacted]; THOMAS COLCLOUGH; SHARON ROSE
**Subject:** Roadmap and sample order
**Date:** Thursday, July 30, 2026 2:52:00 PM
**Attachments:** Roadmap.docx
image001.png
Sample Order.docx

---

DELIBERATIVE ~ PRE-DECISIONAL * * * PRIVILEGED AND CONFIDENTIAL ~ ATTORNEY-CLIENT COMMUNICATION

Please see attached roadmap and sample order for our 4 pm inventory meeting. Thanks.

**Thomas T. Harward**
Senior Counsel
Office of the Chair (OCH)
U.S. Equal Employment Opportunity Commission
tel: [redacted]

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. Be aware that any unauthorized disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately and delete the email and any attachments from your computer system. We do not waive deliberative process or attorney-client privilege, nor do we waive any rights to non-disclosure of our work product by the transmission of this message.

[redacted]

***Pippen***

- Reassign to new AJ; AJ Ebron recused because of pending litigation.
- New AJ issues reassignment and scheduling order updating AJ Ebron's November 24, 2025 scheduling order with new dates. [redacted]

[redacted]

[redacted]

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C. 20507**

Office of
Field Programs

| | |
|---|---|
| CONSTANCE KELLEY,<br>Complainant,<br><br>v.<br><br>TODD BLANCHE, ATTORNEY GENERAL,<br>U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF PRISONS,<br>Agency. | EEOC No. 470-2024-00049X<br>Agency No. BOP-2021-002715<br><br>Date: August 10, 2026 |

## SCHEDULING ORDER

Having carefully considered the parties' May 7, 2025, and June 26, 2025, Status Reports, the undersigned hereby sets the following deadlines for the next stages of this case:

**August 28, 2026**: The parties shall meet and confer to discuss all remaining concerns regarding the creation of class member lists and the identification of EEO complaints that should be subsumed within the class.

**September 7, 2026**: The parties shall file a Joint Status Report regarding the outcome of the ordered August 2026 conference, and indicate all remaining procedural concerns warranting further consideration by the undersigned.

**September 14, 2026**: Status Conference with the parties to address all remaining procedural issues.
(10:00 a.m. ET)

It is so **ORDERED**.

For the Commission:

Aarika Mack-Brown
Digitally signed by Aarika Mack-Brown
Date: 2026.08.10 09:32:40 -04'00'

Aarika Mack-Brown
Administrative Judge
Federal Sector Hearings Program
Hearings West Division
U.S. Equal Employment Opportunity Commission

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing **SCHEDULING ORDER** within one (1) calendar day after the date it was sent via email and/or uploaded to FedSEP/the Public Portal. I certify that on August 10, 2026, the **SCHEDULING ORDER** was sent via email to the following addresses and uploaded to FedSEP/the Public Portal:

Complainant Representative

Heidi Burakiewicz

hburakiewicz@bdlawdc.com

Ryan Morrison

rmorrison@bdlawdc.com

Agency Representative

Jeanelle L. Graham Date

jferril@bop.gov

Alexis McGee

a4mcgee@bop.gov

Mridula Tirumalasetti

mtirumalasetti@bop.gov

Rikel Lightner

rlightner@bop.gov

Aarika Mack-Brown Digitally signed by Aarika Mack-Brown Date: 2026.08.10 09:32:54 -04'00'

Date:__August 10, 2026___

Aarika Mack-Brown
Administrative Judge
Federal Sector Hearings Program – Hearings West Division
U.S. Equal Employment Opportunity Commission

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C. 20507**

Office of
Field Programs

| | | |
|---|---|---|
| Rachel Pippin, et al,<br>Complainant, | ) | EEOC No. 460-2024-00132X<br>Agency No. BOP-2024-00417 |
| v. | ) | |
| Todd Blanche, Attorney General,<br>Department of Justice (BOP),<br>Agency. | ) | Administrative Judge<br>Stephen A. Braunlich |
| | ) | Date: August 10, 2026 |

## SCHEDULING ORDER

The above captioned case has been transferred to the undersigned administrative judge. This Order supersedes the previously assigned administrative judge's order, dated December 10, 2025, which was issued in error. Concurrently with the Transfer Management Order, the parties are ORDERED to comply with the following:

I. Discovery

1. The number and forms of discovery shall be subject to the types and limits set forth in the Amended Initial Status Conference and Scheduling Order, dated November 24, 2025.
2. Discovery in this case shall be initiated no later than August 25, 2026, and shall close one hundred twenty (120) days thereafter.
3. Electronically stored information (ESI) must be requested no later than August 25, 2026, and responsive documents shall be provided within sixty (60) days.
4. Final requests for written discovery shall be sent no later than forty-five (45) days from the close of discovery.
5. Except as provided in section I.2., responses to requests for discovery must be made within thirty (30) calendar days of receipt, but the parties may mutually agree to extensions without involving the Administrative Judge so long as the extension does not extend beyond the closure of discovery.
6. Discovery motions, including motions to compel, must be filed within fifteen (15) calendar days after receipt of a deficient response or if no response is received, within fifteen (15) calendar days of the deadline to respond to a discovery request. Motions to compel must include the following: 1) the discovery requests, 2) any response received, 3) an explanation of why the response is deficient, and 4) some evidence that the moving party has made a good faith effort to resolve the discovery dispute. Rulings will be made

based upon the written submissions. Failure to file timely objections to discovery may result in the objections being deemed waived.

II. Motions for Summary Judgment

1. A motion for summary judgment must be filed not later than thirty (30) days after the close of discovery; the opposing party will then have thirty (30) days from receipt of the motion in which to file a response; and the moving party will then have ten (10) days from receipt of the response to file a reply.

2. The following is required for motions for summary judgment and responses to the same:

a. A motion for summary judgment must include a statement of the allegedly undisputed material facts. This statement shall consist of a numbered list of material facts with each item in the list consisting of a single sentence and supported with citation to record evidence (e.g., the Report of Investigation or attachments to the motion). Failure to cite record evidence may result in that fact not being found undisputed.

b. The party opposing a motion for summary judgment must specifically state whether a fact is or is not disputed, whether in whole or in part. Disputes must be supported by citation to record evidence. Failure to specifically dispute a fact or to support a dispute with citation to record evidence may be deemed an admission the fact is not in dispute.

3. No hearing in this case shall be scheduled until the deadline for motions for summary judgment have passed without a motion for summary judgment being filed or, if a motion for summary judgment is filed, after the ruling upon a motion for summary judgment.

III. Effects of Government Shutdowns

1. In the event of a government shutdown, if either the Agency Representative, Complainant, or Complainant's Representative are furloughed or prohibited from working upon employment discrimination cases, then the processing of this case shall be suspended. All events scheduled for a specific date (e.g., "the conference set for May 1, 2019") falling within the shutdown are postponed until rescheduled. All events scheduled for a specific date falling after the shutdown ends remain scheduled, though the parties may file motions for extensions of time due to the shutdown. Deadlines contingent upon a preceding event (e.g., "the motion shall be filed within 15 days of the close of discovery") shall be tolled if either the deadline or the preceding event fell within the shutdown.

2. In the event of a shutdown of the Commission that does not result in the furlough of any Agency Representative, Complainant, or Complainant's Representative, the parties shall meet all deadlines for filing submissions. Those events that require the presence of Commission staff (e.g., conferences, mediations, or hearings) are postponed until rescheduled. If a party cannot meet a deadline because of a ruling that is delayed by the furlough, then that party should file a motion for extension of time explaining the need for the ruling.

IV. Prior Orders

All orders of previously assigned administrative judges remain in effect until superseded by subsequent orders.

It is so ORDERED on August 10, 2026.

FOR THE COMMISSION:

Stephen Braunlich Digitally signed by Stephen Braunlich
Date: 2026.08.10 09:18:41 -05'00'

Stephen A. Braunlich
Administrative Judge
Federal Sector Hearings Program – Hearings West Division
U.S. Equal Employment Opportunity Commission

Uploaded to IMS/PublicPortal/FedSEP with copies to:
Class Representative
Rachel Pippen
Jjp3inc@yahoo.com

Complainant Representative
Heidi Burakiewicz
hburakiewicz@bdlawdc.com

Agency Representative
Marisa Nash
M2nash@bop.gov

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C. 20507**

Office of
Field Programs

| | |
|---|---|
| Thomas Schildgen,<br>Class Agent, | ) EEOC No. 570-2025-00473X<br>) Agency No. 2020-CONF-070 |
| v. | ) |
| Pete Hegseth, Secretary,<br>U.S. Department of War,<br>Agency. | ) Administrative Judge Meghan A. Droste |
| | ) August 10, 2026 |

## ORDER SCHEDULING AUGUST 2026 STATUS CONFERENCE

The parties are **ORDERED** to appear for a status conference as follows:

**Status Conference Date**: **August 28, 2026**

**Status Conference Time**: **10:00 am ET**

**Status Conference Access**: **Teams Meeting Link**
Meeting ID: 242 112 592 194 003
Passcode: Gb7Gc6UK

The parties should use the link above to join the Teams Meeting. The parties are not expected or required to appear on camera during the Status Conference.

If the parties are unavailable on the above date, the parties are **ORDERED** to confer and provide their joint availability in September 2026 no later than **August 17, 2026**.

The parties are further **ORDERED** to provide a Joint Status Update no later than **August 27, 2026**.

It is so **ORDERED**.

For the Commission:

*Meghan A. Droste*

MEGHAN A. DROSTE
Administrative Judge
Federal Sector Hearings Program
Hearings East Division
Telephone: (202) 921-3197
Meghan.Droste@eeoc.gov

***Via service by email and through the Public Portal and FedSep to:***
Thomas Schildgen, Class Agent: teschildgen@yahoo.com
Michael Kator, Class Representative: mkator@katorparks.com
Joseph Sellers, Class Representative: jsellers@cohenmilstein.com
Alisa Tiwari, Class Representative: atiwari@cohenmilstein.com
David Weiser, Class Representative: dweiser@katorparks.com
Jeremy Wright, Class Representative: jwright@katorparks.com

Michael Wells, Agency Representative: michael.wells.21@us.af.mil
Jenna Arroyo, Agency Representative: jenna.arroyo@us.af.mil
Kerri Bonner, Agency Representative: kerri.bonner@us.af.mil
Christopher Hawthorne, Agency Representative: christopher.hawthorne.1@us.af.mil

Outlook

**RE: AJ Reminder**

**From** THOMAS COLCLOUGH <[redacted]@EEOC.GOV>
**Date** Mon 8/24/2026 10:02 AM
**To** [redacted]
**Cc** [redacted]
**Bcc** THOMAS COLCLOUGH <[redacted]@EEOC.GOV>

Good morning,

I believe a reminder to our AJ team is warranted. As an executive agency, all AJ opinions must align with applicable Executive Orders, DOJ OLC Opinions, and binding U.S. Supreme Court and OFS precedent, all of which continue to evolve. The initial inquiry in any matter should consider the text of the statutes and regulations we enforce, as well as these controlling authorities—not whether the complaint seeks class or individual relief.

To be clear, all federal sector class and individual cases that are not affected by novel binding authorities should proceed, and should have been proceeding, in the ordinary course. For matters that are potentially affected, my understanding is that the Chief AJ has already coordinated with AJs handling these matters to ensure appropriate processing that is tailored to the case at hand.

As always, if you have questions about a particular case, please feel free to reach out to headquarters for further support.

Thanks.

Tom

Thomas M. Colclough

National Director, Office of Field Programs
U. S. EEOC
131 M. Street, NE
Washington, DC 20507
[redacted]@eeoc.gov
(office)

"The best method of overcoming obstacles is the team method." - Gen. Colin Powell

You can complete an EEOC online inquiry and schedule an appointment at:
https://publicportal.eeoc.gov/Portal/Login.aspx

You can check the status of your EEOC charge by visiting:
https://publicportal.eeoc.gov/portal/EEOC/CheckChargeStatusIMS.aspx

You can log into your EEOC account online at: https://publicportal.eeoc.gov/portal/SignIn.aspx?From=Home