# EXHIBIT B

Outlook

## AFGE v. EEOC: Schedule Meet and Confer

**From** Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov>
**Date** Thu 10/8/2026 2:55 PM
**To** Joseph Sellers <JSellers@cohenmilstein.com>
**Cc** grajaa@afge.org <grajaa@afge.org>; Phoebe Wolfe <PWolfe@cohenmilstein.com>; hburakiewicz@bdlawdc.com <hburakiewicz@bdlawdc.com>; taryn@democracydefenders.org <taryn@democracydefenders.org>; craig@democracydefenders.org <craig@democracydefenders.org>

Thanks for the prompt response. Because your clients do not agree to our requested extension, we withdraw our proposal.

James

---

**From:** Joseph Sellers <JSellers@cohenmilstein.com >
**Sent:** Wednesday, October 7, 2026 6:59 PM
**To:** Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov >
**Cc:** Andres Myles Grajales <grajaa@afge.org >; Phoebe Wolfe <PWolfe@cohenmilstein.com >; Heidi Burakiewicz <hburakiewicz@bdlawdc.com >; Taryn Wilgus Null <taryn@democracydefenders.org >; craig.becker521@gmail.com <craig@democracydefenders.org >
**Subject:** [EXTERNAL] AFGE v. EEOC: Schedule Meet and Confer

James,

We cannot agree to the two-week extension to respond to discovery that you propose. We are, however, prepared to agree to a one-week extension, until October 16, on the condition that the EEOC produce responsive materials by October 9 that are already collected and are not subject to any claim of privilege. Our clients remain very concerned that delays in class action cases may continue to occur and therefore conclude that time is of the essence to obtain responses to the propounded discovery.

We have no objection to the dates proposed for discovery motions and postponement of briefing on the motion to dismiss until discovery has concluded.

Joe

> From: Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov>
> Sent: Wednesday, October 7, 2026 3:36 PM
> To: Joseph Sellers <JSellers@cohenmilstein.com>
> Cc: Phoebe Wolfe <PWolfe@cohenmilstein.com>; hburakiewicz@bdlawdc.com; Rushab Sanghvi <Sanghr@afge.org>; Taryn Wilgus Null <taryn@democracydefenders.org>; Andres Myles Grajales <grajaa@afge.org>; Tianna Mays <tianna@democracydefenders.org>; Craig Becker <craig@democracydefenders.org>
> Subject: RE: AFGE v. EEOC: Schedule Meet and Confer
>
>
>
> Yes, the EEOC took the reasonable steps necessary to comply with its preservation obligation for this matter.
>
>
>
> And in the interest of efficiency, here is our scheduling proposal:
>
>
>
> October 23: Defendants ' deadline to serve responses and objections to Plaintiffs ' discovery requests;
> November 6: Deadline for discovery motions;
> The remaining briefing deadlines on our motion to dismiss (i.e., for your opposition and our reply) are held in abeyance pending the court 's resolution of any discovery motions.
>
>
>
> Happy to discuss further when we speak.
>
>
>
> James
>
>
>
> From: Joseph Sellers <JSellers@cohenmilstein.com>
> Sent: Wednesday, October 7, 2026 2:45 PM
> To: Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov>
> Cc: Phoebe Wolfe <PWolfe@cohenmilstein.com>; hburakiewicz@bdlawdc.com; Rushab Sanghvi <Sanghr@afge.org>; Taryn Wilgus Null <taryn@democracydefenders.org>; Andres Myles Grajales <grajaa@afge.org>; Tianna Mays <tianna@democracydefenders.org>; Craig Becker <craig@democracydefenders.org>
> Subject: [EXTERNAL] RE: AFGE v. EEOC: Schedule Meet and Confer
>
>
>
> James,
>
>
>
>     In addition to any matters you would like to discuss on our call today, please

confirm that the EEOC issued a written litigation hold on any materials that could be relevant to the allegations of the complaint in this action upon receipt of the complaint.
>
>
>
> Thanks
>
>
>
> Joe
>
>
>
> From: Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov>
> Sent: Tuesday, October 6, 2026 4:39 PM
> To: Joseph Sellers <JSellers@cohenmilstein.com>
> Cc: Phoebe Wolfe <PWolfe@cohenmilstein.com>; hburakiewicz@bdlawdc.com; Rushab Sanghvi <Sanghr@afge.org>; Taryn Wilgus Null <taryn@democracydefenders.org>; Andres Myles Grajales <grajaa@afge.org>; Tianna Mays <tianna@democracydefenders.org>; Craig Becker <craig@democracydefenders.org>
> Subject: RE: AFGE v. EEOC: Schedule Meet and Confer
>
>
>
> That works. I ’ll circulate a Teams invite.
>
>
>
> From: Joseph Sellers <JSellers@cohenmilstein.com>
> Sent: Tuesday, October 6, 2026 2:54 PM
> To: Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov>
> Cc: Phoebe Wolfe <PWolfe@cohenmilstein.com>; hburakiewicz@bdlawdc.com; Rushab Sanghvi <Sanghr@afge.org>; Taryn Wilgus Null <taryn@democracydefenders.org>; Andres Myles Grajales <grajaa@afge.org>; Tianna Mays <tianna@democracydefenders.org>; Craig Becker <craig@democracydefenders.org>
> Subject: [EXTERNAL] RE: AFGE v. EEOC: Schedule Meet and Confer
>
>
>
> James, we ’re available tomorrow, Wednesday, at 4:30.
>
>
>
> Thanks
>
>
>
> Joe
>
>
>
> From: Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov>
> Sent: Tuesday, October 6, 2026 2:29 PM
> To: Joseph Sellers <JSellers@cohenmilstein.com>

> Cc: Phoebe Wolfe <PWolfe@cohenmilstein.com>; hburakiewicz@bdlawdc.com; Rushab Sanghvi <Sanghr@afge.org>; Taryn Wilgus Null <taryn@democracydefenders.org>; Andres Myles Grajales <grajaa@afge.org>; Tianna Mays <tianna@democracydefenders.org>; Craig Becker <craig@democracydefenders.org>
> Subject: AFGE v. EEOC: Schedule Meet and Confer
>
>
>
> Joe,
>
>
>
> Per the Court 's October 3 order, I 'd like to schedule a meet-and-confer. Are you available on Wednesday afternoon?
>
>
>
> James
>
>
>
> ________________________________
> James W. Harlow | Senior Trial Counsel
>
> Federal Programs Branch | Civil Division
> US Department of Justice
> 1100 L Street NW
> Washington, DC 20005
>(202) 514-6786
>
>