**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,

Plaintiffs,

v.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,

Defendants.

Civil Action No. 1:26-cv-02640 (CKK)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Compel Discovery and Privilege Log and for Leave to Take Limited Depositions ("Motion"), any opposition and reply, and the entire record in this case, the Court hereby **GRANTS** Plaintiffs' Motion**.** It is further **ORDERED** that:

Defendants shall serve complete supplemental answers to Plaintiffs' Interrogatory Nos. 1–9 and responses to Requests for Production Nos. 1–7, and produce all responsive, nonprivileged documents.

Defendants shall remove all redactions of all nonprivileged information and provide a privilege log that identifies all responsive documents or portions of documents withheld on privilege grounds and supplies sufficient information to assess each claim.

Disclosure of responsive records is expressly authorized under 5 U.S.C. § 552a(b)(11). The parties shall confer regarding any necessary, narrowly tailored protective order.

Plaintiffs may depose the EEOC's Chief Administrative Judge for up to four hours concerning the topics Plaintiffs have identified. Plaintiffs may also depose other officials identified through discovery as necessary. The parties shall promptly confer to schedule these depositions.

**SO ORDERED.**

Date: ____________________

______________________________
Hon. Collen Kollar-Kotelly
United States District Judge